Reset Form

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**UNDER SEAL**

FILED
CLERK, U.S. DISTRICT COURT
04/20/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: DVE DEPUTY

## CASE SUMMARY

Case Number: **8:22-cr-00034(A)-CJC-10**
U.S.A. v. **ROBERT MARTINEZ**
[✓] Indictment  [ ] Information

Defendant Number: **10**
Year of Birth: **1982**
Investigative agency (FBI, DEA, etc.): **FBI**

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

### OFFENSE/VENUE

a. Offense charged as a:
 [ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
 [ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: **In/ar'd 2016 to AL on/ab't 4/20/2022**

c. County in which first offense occurred: **Orange**

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
 [ ] Los Angeles  [ ] Ventura
 [✓] Orange  [ ] Santa Barbara
 [ ] Riverside  [ ] San Luis Obispo
 [ ] San Bernardino  [ ] Other

Citation of Offense: **18 U.S.C. § 1962(d); 18 U.S.C. §§ 1959(a)(5), (a)(3), and 2(a); and others. See Indictment.**

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
 [ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
 [ ] Eastern (Riverside and San Bernardino)  [✓] Southern (Orange)

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
 [✓] No  [ ] Yes
If "Yes," Case Number: _____

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:
 a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
 b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): **8:22-cr-00048-JVS (USA v. Charles Coghill)**

### PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: **N/A**
Case Number: _____
Assigned Judge: _____
Charging: _____
The complaint/CVB citation:
 [ ] is still pending
 [ ] was dismissed on: _____

### PREVIOUS COUNSEL

Was defendant previously represented?  [✓] No  [ ] Yes
IF YES, provide Name: **N/A**
Phone Number: _____

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
 [✓] Yes*  [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
 [✓] Yes*  [ ] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**  [ ] Yes  [✓] No

This is the **1st** superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: **March 30, 2022**
Case Number: **8:22-cr-00034-CJC**

The superseded case:
 [✓] is still pending before Judge/Magistrate Judge **Cormac J. Carney**
 [ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
 [✓] Yes*  [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
 [✓] Yes*  [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
 [✓] Yes  [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES ☒ NO
IF YES, list language and/or dialect: _____

**OTHER**

☒ Male ☐ Female
☒ U.S. Citizen ☐ Alien
Alias Name(s): "Lil Rob," "Blacky"

This defendant is charged in:
☐ All counts
☒ Only counts: 1, 7, 8, 15

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☒ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☒ No
IF YES, should matter be sealed? ☐ Yes ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud
☐ government fraud
☐ environmental issues
☐ narcotics offenses
☒ violent crimes/firearms
☒ Other: RICO
☐ public corruption
☐ tax offenses
☐ mail/wire fraud
☐ immigration offenses
☐ corporate fraud

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: ____
   in the amount of $ ____
c. PSA supervision? ☐ Yes ☐ No
d. Is on bail or release from another district: No

Defendant is **in custody**:
a. Place of incarceration: ☒ State ☐ Federal
b. Name of Institution: Orange County Jail, CA
c. If Federal, U.S. Marshals Service Registration Number: ____
d. ☐ Solely on this charge. Date and time of arrest: ____
e. On another conviction: ☐ Yes ☒ No
   IF YES: ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☒ Yes ☐ No
   IF YES: ☒ State ☐ Federal AND
   Name of Court: Superior Court of California
   Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. __20__ __21__ __40__

---

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: ____

Date: 04/20/2022

/s/
Signature of Assistant U.S. Attorney
DANIEL H. AHN
Print Name