**William S. Harris, State Bar No. 90341**
**LAW OFFICES OF WM. S. HARRIS**
**1499 Huntington Drive, Suite 403**
**South Pasadena, CA 91030**
**(626) 441-9300 – Phone**
**(626) 441-9301 – Fax**
**BillHarrisEsq@aol.com**

**David R. Evans, State Bar No. 89119**
**101 N. Verdugo Road, Suite 9320**
**Glendale, CA  91226**
**(323) 257-5100 – Phone**
**(818) 617-2056 – Fax**
**drevanslaw@gmail.com**

**Attorneys for Defendant**
**YSRAEL JACOB CORDOVA**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YSRAEL JACOB CORDOVA,<br><br>Defendant. | Case No.  SA CR 22-00034-CJC-14<br><br>**NOTICE OF JOINDER OF DEFENDANT YSRAEL JACOB CORDOVA IN DEFENDANT RICARDO VALENZUELA'S RESPONSE (Dkt. 652)** |

1 **PLEASE TAKE NOTICE** that defendant Ysrael Jacob Cordova (Cordova),
2 by and through his counsel of record William S. Harris and David R. Evans,
3 hereby joins and incorporates by reference defendant Ricardo Valenzuela's
4 response to the Court's case management order.  Dkt. 652.  Cordova agrees that the
5 Court should schedule a separate trial of defendants Munoz, Cordova, and
6 Valenzuela on Counts 3 and 4 to begin in late May or early June of 2024.

8 **DATED:  May 1, 2023**         **Respectfully submitted,**
9                                  **LAW OFFICES OF WM. S. HARRIS**

11                                  **By** *William S. Harris*

13                                  **Attorney for Defendant**
                                    **YSRAEL JACOB CORDOVA**

15 Wsh\5746\Joinder