**GREGORY NICOLAYSEN (CA 98544)**
**27240 Turnberry Lane, Suite 200**
**Valencia, CA 91355**
**Phone: (818) 970-7247**
**Fax: (661) 252-6023**
**Email: gregnicolaysen@aol.com**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br> )<br> )<br> )<br>v. )<br> )<br> )<br> )<br>ROBERT MARTINEZ, et. al., )<br> )<br>Defendants, )<br> )<br> )<br>_____ ) | NO.  8:22-CR-00034-FWS-1<br><br>NOTICE OF  WITHDRAWAL OF MOTION TO DISMISS FILED BY DEFENDANT ROBERT MARTINEZ<br><br>DATE:   November 20, 2025<br>TIME:    11:00 a.m.<br>COURTROOM: The Hon Fred W. Slaughter |

TO: THIS HONORABLE COURT AND ASSISTANT U.S. ATTORNEYS

GREGORY SCALLY AND GREGORY STAPLES :

        PLEASE TAKE NOTICE that defendant Robert Martinez hereby

withdraws his previously filed motion to dismiss (Pacer docket #2063, filed

10/14/25), which is scheduled for hearing on November 20, 2025 at 11:00 a.m.  The

dismissal is based on the re-opening of the federal government as of November 13, 2025 by which CJA funding on pending vouchers has been restored.  Accordingly, as the motion is now moot, counsel for defendant Martinez does not object to the November 20 hearing being taken off calendar.

DATED: November 14, 2025                    _____/S/_____
                                            GREGORY NICOLAYSEN
                                            Attorney for Defendant
                                            Robert Martinez